NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HIGHMARK, INC.,**
*Plaintiff-Appellee,*

v.

**ALLCARE HEALTH MANAGEMENT SYSTEMS, INC.,**
*Defendant-Appellant.*

---

2011-1219

---

Appeal from the United States District Court for the Northern District of Texas in case no. 03-CV-1384, Judge Terry Means.

---

## ON MOTION

---

## ORDER

Highmark, Inc. moves without opposition for a 7-day extension of time, until December 16, 2011, to file its reply to Allcare's opposition to Highmark's motion to find appeal by Allcare Health Management Systems, Inc. to be frivolous.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for an extension of time is granted.

(2)  The motion to find the appeal frivolous is deferred for consideration by the merits panel. Copies of this order, the motion, the response, and the reply shall be transmitted to the merits panel.

FOR THE COURT

**DEC 1 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Cynthia E. Kernick, Esq.
     Donald R. Dunner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 4 2011**

**JAN HORBALY**
**CLERK**